IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| V. | § | No. 4:04CR40022-001 |
| TRACI FOREMAN GENESTET | § § | |

## ORDER AMENDING JUDGMENT

On this day came on to be heard the Defendant's Motion to Amend Judgment. The Court is of the opinion that the motion should be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the judgment in the above cause is hereby amended to reflect a reduction of the sentence of imprisonment from ten (10) months to a period of imprisonment of four (4) months.

IT IS SO ORDERED this 24 day of October, 2005.

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

OCT 24 2005

CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK

Harry F. Barnes
United States District Judge